IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 98.225.156.142

**ISP:** Comcast Cable
**Physical Location:** Philadelphia, PA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/07/2018 22:37:31 | A4F4A91195C567E4651AC7C2FB6468D7B80DBE24 | Stairway to Heaven |
| 06/18/2017 13:53:15 | 0795957EB77B0C2ECD7C669292F5FD28BC3629CA | Four Way In 4K |
| 04/01/2017 18:28:02 | 8FC510FE905B0E64ED8310D03762B5DDAD78AB08 | Horsing Around |
| 02/25/2017 19:31:48 | 889A7CBB83CB18B92167269F5D0B1CBDF2D73902 | Sex Games |
| 12/30/2016 11:42:55 | 016699010C6AA5E9A1AE6F0C670B2484104C2B26 | Girl Crush |
| 01/16/2016 15:26:47 | E9126153FC0F5C89915255E28CD09B799557873E | Triple Play |

**Total Statutory Claims Against Defendant: 6**

EXHIBIT A

EPA756