FILED

MAR 0 8 2019

KATE BARKMAN, Clerk
By_____Dep. Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MALIBU MEDIA, LLC                )
                                 )
        Plaintiff,               )
                                 )
vs.                              )    Civil Action No. 2:18-cv-03143-MMB
                                 )
BRIAN AMBLER                     )
                                 )
        Defendant                )

Now comes the Defendant, Brian Ambler, and as his Answer to the Amended Complaint filed in the case December 6, 2018 (Doc. 8), and to allegations about and against him individually and not to any other Defendant, for which he has insufficient information of knowledge, states as follows:

1. The complaint fails to state a claim upon which relief can be granted against this answering Defendant.
2. This answering Defendant is without sufficient information or knowledge, after reasonable inquiry, to form a belief as to the truth or veracity of any allegations as to any other Defendant other than himself, as to the allegations in Paragraph Nos. 1, 2, 3, 4, 5, 6, 7, 8, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 39, 31, and 32; and therefore denies same.
3. This answering Defendant admits the allegations contained in Paragraph No. 9 (as to this Defendant's residency only).

Respectfully submitted,

By: _____
Brian Ambler
1230 Wilder St.
Philadelphia, PA 19147
E-mail: brianambler42@gmail.com
Phone: 610-220-9592