

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------X

MALIBU MEDIA, LLC,

           Plaintiff,

vs.

BRIAN AMBLER,

           Defendant.

------------------------------------------------------------X

Civil Action No. 2:18-cv-03143-MMB

FILED
APR -4 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER ON STIPULATION OF DISMISSAL

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff Malibu Media, LLC's and Defendant Brian Ambler's claims against each other with prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. All Plaintiff's and Defendant's claims against each other are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

3. This case is closed for administrative purposes.

SO ORDERED this 4th day of April, 2019.

By: _____
UNITED STATES DISTRICT JUDGE